UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case No.: 24-20336-CIV-MARTINEZ**

JESUS GONZALEZ,

    Plaintiff,

v.

LUPE CASTILLO SALADRIGAS CO-TRS.,

    Defendant.

_____/

**ORDER APPROVING AND ENTERING CONSENT DECREE
AND DISMISSING ACTION WITH PREJUDICE**

**THIS MATTER** is before the Court upon the parties' Joint Motion for Approval, Adoption, and Entry of Consent Decree and to Dismiss Action with Prejudice (the "Joint Motion"), (ECF No. 9). The Court has carefully considered the Joint Motion and the Consent Decree attached to the Joint Motion as Exhibit "1," and is otherwise fully advised in this matter. Accordingly, it is **ORDERED AND ADJUDGED** that the parties' Joint Motion, (ECF No. 9) is hereby **GRANTED**, as follows:

1.    The Court finds the Consent Decree to be fundamentally fair, adequate and reasonable to improve access for persons with disabilities at the property at issue, and to otherwise meet the purposes of Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181, *et seq.*

2.    The parties' Joint Motion for Approval and Entry of Consent Decree and to Dismiss Action with Prejudice, (ECF No. 9), is hereby **GRANTED**.

3.    The Court **APPROVES** the Consent Decree, (ECF No. 9-1), and pursuant to Fed. R. Civ. P. 54, the Consent Decree is hereby **ENTERED** and this action is **DISMISSED with**

-2-

**prejudice**.

4.      The Court shall retain jurisdiction to enforce the Consent Decree and monitor and enforce Defendant's compliance with the terms of the Consent Decree to the extent necessary.

5.      To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot, and the Clerk is directed to **CLOSE** this action.

DONE AND ORDERED in Chambers at Miami, Florida, this 10 day of June, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record